### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   COREY RENEE TATE                                  CASE NO. 20-50491-KMS
         PAMELA CHERRYE TATE, Debtors                                CHAPTER 13

### MOTION TO REOPEN BANKRUPTCY CASE

COME NOW, Debtors, by and through counsel, and move this Court to reopen their Chapter 13 bankruptcy case pursuant to Rule 4007(b), and in support thereof, would show the Court as follows:

I.

Debtors intend to bring file an adversary proceeding for turnover of property of the estate and violation of the discharge injunction.

II.

Debtors are requesting that the Chapter 13 bankruptcy be reopened.

WHEREFORE, Debtors pray that their Bankruptcy Case be reopened and for such additional or alternative relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)

Of Counsel:
Thomas C. Rollins, Jr.
Jennifer Ann Curry Calvillo
The Rollins Law Firm, PLLC
P.O Box 13767
Jackson, MS 39236
601-500-5533

### CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., certify that an accurate copy of the Motion was filed on CM/ECF this day and that the Chapter 13 Case Trustee and U.S. Trustee are registered to receive electronic notice in this case. The date of said notice is reflected on the Docket.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>COREY RENEE TATE<br>PAMELA CHERRYE TATE | CASE NO: 20-50491<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 6/10/2025, I did cause a copy of the following documents, described below,

Motion to Reopen Case

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/10/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469

The Rollins Law Firm
PO Box 13767
Jackson, MS  39236
601 500 5533
jennifer@therollinsfirm.com

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 20-50491 |
|---|---|
| COREY RENEE TATE<br>PAMELA CHERRYE TATE | **CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13 |

On 6/10/2025, a copy of the following documents, described below,

Motion to Reopen Case

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/10/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
PO Box 13767
Jackson, MS  39236

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| CASE INFO | ~~EXCLUDE~~ | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 20-50491<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>TUE JUN 10 9-2-39 PST 2025 | ~~US BANKRUPTCY COURT~~<br>~~DAN M RUSSELL JR US COURTHOUSE~~<br>~~2012 15TH STREET SUITE 244~~<br>~~GULFPORT MS 39501-2036~~ | ADVANCE AMERICA<br>4600 HARDY ST<br>STE 6<br>HATTIESBURG MS 39402-1349 |
| CAPITAL ONE<br>PO BOX 60599<br>CITY OF INDUS CA 91716-0599 | CASH COW<br>919 OLD HWY 98 E<br>COLUMBIA MS 39429 | CASH COW E Z CASH<br>CO LEGAL DEPT<br>8601 DUNWOODY PLACE STE 406<br>ATLANTA GA 30350-2550 |
| CASHNETUSA<br>175 W JACKSON BLVD<br>SUITE 1000<br>CHICAGO IL 60604-2863 | CHECK INTO CASH<br>21 GRAVOIS BLUFFS PLAZ<br>FENTON MO 63026-4012 | CHECK INTO CASH DBA CHECK INTO CASH OF MISSISSIPPI<br>CHECK INTO CASH INC<br>BANKRUPTCY DIVISION PO BOX 550<br>CLEVELAND TN 37364-0550 |
| CREDIT ONE BANK<br>PO BOX 98873<br>LAS VEGAS NV 89193-8873 | DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | (P)FAMILY CHOICE FINANCIAL<br>3208 SERVICE DRIVE<br>SUITE E<br>PEARL MS 39208-3539 |
| FIRST HERITAGE CREDIT OF MISSISSIPPI LLC<br>DBA 1ST HERITAGE CREDIT<br>1024 HWY 51 98 STE C<br>MC COMB MS 39648 | HYUNDAI CAPITAL AMERICA (HCA) DBA KIA MOTORS FINANCE<br>PO BOX 20825<br>FOUNTAIN VALLEY CA 92728-0825 | INTERNAL REVENUE SERVI<br>CO US ATTORNEY<br>501 EAST COURT ST<br>STE 4430<br>JACKSON MS 39201-5025 |
| KIA MOTORS FINANCE CO<br>10550 TALBERT AVE<br>FOUNTAIN VALLEY CA 92708-6031 | LVNV FUNDING LLC<br>RESURGENT CAPITAL<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 |
| (P)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | REPUBLIC FINANCE<br>PO BOX 17227<br>HATTIESBURG MS 39404-7227 | (P)REPUBLIC FINANCE LLC<br>282 TOWER RD<br>PONCHATOULA LA 70454-8318 |
| SW MS REGIONAL MEDICAL CENTER<br>CO DONALD H JONES SR PA<br>PO BOX 1104<br>MCCOMB MS 39649-1104 | SOUTHWEST MS REGIONAL<br>212 3RD ST<br>MCCOMB MS 39648-4102 | SPEEDEE CASH<br>3611 N RIDGE RD<br>WICHITA KS 67205-1214 |
| SPEEDEE CASH<br>PO BOX 780408<br>WICHITA KS 67278-0408 | SPEEDYRAPID CASH<br>PO BOX 780408<br>WICHITA KS 67278-0408 | SYNCHRONY BANK<br>PO BOX 105972<br>ATLANTA GA 30348-5972 |

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.


US ATTORNEY GENERAL                 US DEPT OF EDUCATION              US DEPT OF EDUCATION
US DEPT OF JUSTICE                  PO BOX 5202                       CO US ATTORNEY
950 PENNSYLVANIA AVENW              GREENVILLE  TX 75403-5202         501 E COURT ST
WASHINGTON  DC 20530-0001                                             STE 4430
                                                                      JACKSON  MS 39201-5025



EXCLUDE
UNITED STATES TRUSTEE               WORLD ACCEPTANCE CORP             WORLD FINANCE
501 EAST COURT STREET               PO BOX 6429                       WORLD ACCEPTANCE CORP ATTN BANKRUPTCY
SUITE 6-430                         GREENVILLE  SC 29606-6429         PO BOX 6429
JACKSON  MS 39201-5022                                                GREENVILLE  SC 29606-6429



DEBTOR                              EXCLUDE
COREY RENEE TATE                    (P)DAVID RAWLINGS                 PAMELA CHERRYE TATE
PO BOX 54                           ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE   PO BOX 54
TYLERTOWN  MS 39667-0054            PO BOX 566                        TYLERTOWN  MS 39667-0054
                                    HATTIESBURG MS 39403-0566



EXCLUDE
THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM  PLLC
PO BOX 13767
JACKSON  MS 39236-3767
```