_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: June 18, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   **COREY RENEE TATE**                            CASE NO. 20-50491-KMS
         **PAMELA CHERRYE TATE, Debtors**                    CHAPTER 13

### ORDER

THIS CAUSE having come on this date on the Debtor's Motion to Reopen (DK # 45 ), the Court having reviewed and considered the facts herein, and there being no objection or request for hearing from the Trustee or creditors, does find as follows:

IT IS THEREFORE ORDERED that the Debtors' Motion Reopen is granted.

IT IS FURTHER ORDERED that the US Trustee shall appoint a Standing Trustee in this case.

#END OF ORDER#


PREPARED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
Jennifer Ann Curry Calvillo (MS Bar No. 104367)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR