United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 20-50491-KMS
Corey Renee Tate Chapter 13
Pamela Cherrye Tate
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6     User: mssbad     Page 1 of 3
Date Rcvd: Jun 18, 2025     Form ID: pdf012     Total Noticed: 33

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Corey Renee Tate, P.O. Box 54, Tylertown, MS 39667-0054 |
| jdb | #+ | Pamela Cherrye Tate, P.O. Box 54, Tylertown, MS 39667-0054 |
| 4863417 | | Cash Cow, 919 Old Hwy 98 E, Columbia, MS 39429 |
| 4863422 | | First Heritage Credit of Mississippi, LLC, dba 1st Heritage Credit, 1024 Hwy 51 & 98 Ste C, Mc Comb, MS 39648 |
| 4863427 | + | Republic Finance, P.O. Box 17227, Hattiesburg, MS 39404-7227 |
| 4892962 | + | SW MS REGIONAL MEDICAL CENTER, C/O DONALD H JONES SR PA, PO BOX 1104, MCCOMB, MS 39649-1104 |
| 4863428 | + | Southwest MS Regional, 212 3rd St, McComb, MS 39648-4102 |
| 4863433 | | US Dept of Education, PO Box 5202, Greenville, TX 75403-5202 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | | Email/Text: ecfnotices@rawlings13.net | Jun 18 2025 19:49:00 | David Rawlings, David Rawlings, Chapter 13 Trustee, P.O. Box 566, Hattiesburg, MS 39403 |
| 4863415 | + | Email/Text: bnc@teampurpose.com | Jun 18 2025 19:49:00 | Advance America, 4600 Hardy St, Ste 6, Hattiesburg, MS 39402-1349 |
| 4863416 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 18 2025 19:49:49 | Capital One, P.O. Box 60599, City of Indus, CA 91716-0599 |
| 5020015 | + | Email/Text: bankruptcy_department@clacorp.com | Jun 18 2025 19:49:00 | Cash Cow/ E Z Cash, C/O Legal Dept, 8601 Dunwoody Place Ste 406, Atlanta, GA 30350-2550 |
| 4863418 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Jun 18 2025 19:48:00 | CashNetUSA, 175 W Jackson Blvd, Suite 1000, Chicago, IL 60604-2863 |
| 4863419 | + | Email/Text: bkinfo@ccfi.com | Jun 18 2025 19:49:00 | Check Into Cash, 21 Gravois Bluffs Plaz, Fenton, MO 63026-4012 |
| 4888921 | + | Email/Text: bkinfo@ccfi.com | Jun 18 2025 19:49:00 | Check Into Cash d/b/a Check Into Cash Of, Mississippi, Check Into Cash, Inc., Bankruptcy Division PO Box 550, Cleveland, TN 37364-0550 |
| 4863420 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 18 2025 19:49:50 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 4863423 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 18 2025 19:49:00 | Department of the Treasury -, Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 4863421 | | Email/Text: rrush@familychoicefinancial.com | Jun 18 2025 19:48:00 | Family Choice Financial, Inc., 105 Stacy Dawn Drive, McComb, MS 39648 |
| 4890412 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jun 18 2025 19:49:00 | HYUNDAI CAPITAL AMERICA (HCA) DBA |

| District/off: 0538-6 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 18, 2025 | Form ID: pdf012 | Total Noticed: 33 |

| Recipient | | Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | KIA MOTORS, FINANCE, PO BOX 20825, FOUNTAIN VALLEY, CA 92728-0825 |
| 4863424 | + | Email/Text: ebone.woods@usdoj.gov Jun 18 2025 19:49:00 | | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 4863425 | ^ | MEBN Jun 18 2025 19:44:39 | | Kia Motors Finance Co, 10550 Talbert Ave, Fountain Valley, CA 92708-6031 |
| 4863426 | | Email/PDF: resurgentbknotifications@resurgent.com Jun 18 2025 19:49:41 | | LVNV Funding LLC, Resurgent Capital, P.O. Box 10587, Greenville, SC 29603-0587 |
| 4866039 | | Email/PDF: resurgentbknotifications@resurgent.com Jun 18 2025 19:49:41 | | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4875686 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 18 2025 19:49:41 | | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 4886293 | | Email/Text: bankruptcy@republicfinance.com Jun 18 2025 19:49:00 | | Republic Finance, LLC, 282 Tower Rd, Ponchatoula, La 70454 |
| 4863429 | + | Email/Text: bkinfo@ccfi.com Jun 18 2025 19:49:00 | | Speedee Cash, P.O. Box 780408, Wichita, KS 67278-0408 |
| 4863430 | + | Email/Text: bkinfo@ccfi.com Jun 18 2025 19:49:00 | | Speedee Cash, 3611 N. Ridge Rd., Wichita, KS 67205-1214 |
| 4873016 | + | Email/Text: bkinfo@ccfi.com Jun 18 2025 19:49:00 | | Speedy/Rapid Cash, P.O. Box 780408, Wichita, KS 67278-0408 |
| 4863431 | + | Email/PDF: ais.sync.ebn@aisinfo.com Jun 18 2025 19:49:46 | | Synchrony Bank, PO Box 105972, Atlanta, GA 30348-5972 |
| 4863432 | ^ | MEBN Jun 18 2025 19:44:40 | | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 4863434 | + | Email/Text: ebone.woods@usdoj.gov Jun 18 2025 19:49:00 | | US Dept of Education, c/o U.S. Attorney, 501 E. Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 4863435 | | Email/Text: bk@worldacceptance.com Jun 18 2025 19:49:51 | | World Acceptance Corp, P.O. Box 6429, Greenville, SC 29606-6429 |
| 4869481 | + | Email/Text: bk@worldacceptance.com Jun 18 2025 19:49:51 | | World Finance, World Acceptance Corp. Attn: Bankruptcy, PO Box 6429, Greenville, SC 29606-6429 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2025    Signature:    /s/Gustava Winters

| District/off: 0538-6 | User: mssbad | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 18, 2025 | Form ID: pdf012 | Total Noticed: 33 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| David Rawlings | on behalf of Trustee David Rawlings ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Pamela Cherrye Tate trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Corey Renee Tate trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 5



SO ORDERED,

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: June 18, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| IN RE: | **COREY RENEE TATE** | **CASE NO. 20-50491-KMS** |
| | **PAMELA CHERRYE TATE, Debtors** | **CHAPTER 13** |

## ORDER

THIS CAUSE having come on this date on the Debtor's Motion to Reopen (DK # 45 ), the Court having reviewed and considered the facts herein, and there being no objection or request for hearing from the Trustee or creditors, does find as follows:

IT IS THEREFORE ORDERED that the Debtors' Motion Reopen is granted.

IT IS FURTHER ORDERED that the US Trustee shall appoint a Standing Trustee in this case.

#END OF ORDER#

PREPARED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
Jennifer Ann Curry Calvillo (MS Bar No. 104367)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR